**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

ADDISON SALTER,

    Plaintiff,

vs.                                  CASE NO.: 3:06cv110/MCR/EMT

RON McNESBY, et al.,

    Defendants.
_____/

**O R D E R**

    This matter is presently scheduled on the court's trial docket commencing July 23, 2007. Due to conflicting matters on the Court's calendar and the pending dispositive motions,[1] the trial in this case will be continued to the two-week trial docket commencing September 17, 2007. Any party with a conflict during that trial period may file a notice to that effect within 14 days of the date of this order, and such notice will be given such consideration as may be appropriate.

    **DONE and ORDERED** on this 8th day of May, 2007.

                                                s/ *M. Casey Rodgers*
                                                **M. CASEY RODGERS
                                                UNITED STATES DISTRICT JUDGE**

---

[1] The court notes that two (2) separate motions for summary judgment are pending in this matter.